**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00729-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

YIL JO YOUNG,
SALVADOR ALEJO,
AGAPITO JARAMILLO,
GUSTAVO RUBIO,
WILLIAM SANTOS,
MARIO GARCIA,
IVAN PEREZ,
ARLON  SANTANDER,
MARTIN A. ROSAS,
YURI TZUL,
JOSE ALCANTAVA,
LUIS QUIMTANILLA,
ERICK N. BOCH,
BERTHARDO FERNANDEZ,
SANTOS DIAZ
XING LIN WANG,
OMAR TURCIOS,
ROGER TALANCON,
CRESCENCIO BARRAZA,
THO LE, and
BERTRAM C. JOHNSON,

     Plaintiffs,

v.

SIX UNKNOWN NAMES AGENTS, or
MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,

     Defendants.

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

On March 10, 2014, Plaintiffs submitted a civil rights action.  As part of the

Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the

documents are deficient as described in this Order.  Plaintiffs will be directed to cure the

following if they wish to pursue any claims in this Court in this action. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) _X_ is not submitted (Each plaintiff must submit their **own** § 1915 Motion and Affidavit)
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing for each Plaintiff
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: Plaintiffs may elect to pay the $450 filing fee in full rather than submit the § 1915 motion.

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form
(13) _X_ is missing original signatures by prisoners
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

     ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

     FURTHER ORDERED that Plaintiffs shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 12, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge